**FILED**
MAR 17 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No **15 cr 110 - GT** |
| Plaintiff, ) | **ORDER CONTINUING SENTENCING HEARING** |
| v. ) | |
| CESAR ENRIQUE SANCHEZ ) | |
| Defendant. ) | |

Good cause appearing;

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, CESAR ENRIQUE SANCHEZ shall be continued from **April 23, 2015 at 9:30 a.m. to June 8, 2015 at 9:30 a.m.**

**SO ORDERED**.

Dated: 3/17/15

HON. GORDON THOMPSON, JR.
United States District Court Judge